FILED

07/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0318



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
OP 20-0318

JUAN ANASTASIO RODRIGUEZ,

     Petitioner,

v.

PETER BLUDWORTH, Warden,
Crossroads Correctional Center,

     Respondent.

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Petitioner is given an extension of time until July 28th 2020, to prepare, file, and serve the Petition for Rehearing.

DATED this July 2, 2020

_____
Bowen Greenwood
Clerk of the Supreme Court

c:    Timothy Charles Fox, Colleen Elizabeth Ambrose, Juan Anastasio Rodriguez

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705